EX PARTE J. W. BRAXTEN.

Decision Filed July 12, 1923.

This case was decided by Division B.

A case of original jurisdiction.

*John M. Calhoun* and *H. H. Wells,* for Petitioner;

*Rivers Buford,* Attorney General, and *Paul Carter,* for Respondent.

PER CURIAM.—This is a companion case of Ex Parte E. B. McDaniel, an opinion in which was filed on July 11, 1923.

The Attorney General advises that the discharge of the petitioner is not contested but is consented to by the State. An order accordingly will be entered.

So ordered.

WHITFIELD, WEST AND TERRELL, J. J., concur.